UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EUGENE PHILLIPS,

    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 5:15-cv-03657-EJD

**ORDER DIRECTING CLERK TO CORRECT DOCKET**

Pursuant to the Notice of Errata filed by Removing Defendant Experian Information Solutions, Inc. on September 24, 2015 (Docket Item No. 11) and the attachments thereto, the Clerk is directed to correct the docket to reflect the plaintiff's name as Eugene Phillips rather than Flora Phillips.

**IT IS SO ORDERED.**

Dated: October 27, 2015

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03657-EJD
ORDER DIRECTING CLERK TO CORRECT DOCKET