1 | Scott Sagaria (State Bar No.217981)
2 | Elliot Gale (State Bar No. 263326)
  | Joe Angelo (State Bar No. 268542)
  | SAGARIA LAW, P.C.
3 | 2033 Gateway Place, 5th Floor
  | San Jose, California 95110
4 | Telephone: (408) 279-2288
  | Facsimile: (408) 279-2299
5 |
  | Attorneys for Plaintiff
6 |

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 10/27/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| FLORA PHILLIPS, | Federal Case No.: 5:15-CV-03657-EJD |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WILSHIRE CREDIT CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Flora Phillips, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wilshire Credit Corporation as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WILSHIRE CREDIT CORPORATION

1 | or a motion for summary judgment.

2 | Defendant Wilshire Credit Corporation has neither answered Plaintiff's Complaint, nor
3 | filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all
4 | purposes and without an Order of the Court.

6 | Dated: October 26, 2015                              Sagaria Law, P.C.

By:  */s/ Elliot W. Gale*
       Elliot W. Gale
Attorneys for Plaintiff
Michelle McGee